### Declaration of Deborah Palacheck

I, Deborah Palacheck, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am the Director of Withholding Exchange and International Individual Compliance in the Large Business and International Division ("LB&I") of the Internal Revenue Service ("IRS") in Washington, D.C. I have been employed by the IRS for approximately 11 ½ years. Prior to my current position, I served as Director of Treaty Administration, LB&I; Senior Advisor, LB&I Division Commissioner; Deputy Director, Pre-Filing and Technical Guidance, LB&I; and Assistant to the Deputy Commissioner, International, LB&I.

2.     As Director of Withholding Exchange and International Individual Compliance, I have been delegated authority under Delegation Order 4-12 (Rev. 4) (June 9, 2021)[1] to execute declarations supporting the validity of IRS summonses in suits seeking to enforce IRS summonses issued by the United States Competent Authority in relation to an exchange-of-information request pursuant to a tax information exchange agreement of the United States. Such tax information exchange agreements include the Joint Council of Europe/OECD Convention on Mutual Administrative Assistance in Tax Matters (1988) ("MAAC").[2] This declaration is based upon my personal knowledge, a review of relevant documents, and consultation with my staff.

3.     Article 4 of the MAAC provides for the exchange of information that is foreseeably relevant to the assessment and collection of tax.

---

[1] The text of Delegation Order 4-12 (Rev. 4) is publicly available at https://www.irs.gov/irm/part1/irm_01-002-002#idm139624983352640, I.R.M. l.2.2.5.11 (accessed 9/1/2021).

[2] The text of the original MAAC is available at https://www.oecd.org/ctp/exchange-of-tax-information/Convention_On_Mutual_Administrative_Assistance_in_Tax_Matters_Report_and_Explanation.pdf (accessed 9/1/2021).

Additionally, Article 5 of the MAAC provides that "[a]t the request of the applicant State, the requested State shall provide the applicant State with any information referred to in Article 4 which concerns particular persons or transactions."

4.     By a letter dated July 31, 2018, Her Majesty's Revenue and Customs ("HMRC") of the United Kingdom (the "U.K. Competent Authority"), submitted an exchange-of-information request ("EOI Request") to the United States pursuant to Article 5 of the MAAC. The U.K. Competent Authority supplemented its EOI Request on September 19 and November 14, 2018.

5.     HMRC has stated that it is investigating Mr. Paul Baxendale Walker's ("Walker") United Kingdom personal income tax liabilities for the taxable periods from January 1, 2007 to December 31, 2018. The EOI Request explains that Walker, through his business (Brunswick Wealth, LLP, formerly Baxendale Walker, LLP ("BWLLP")), designed and sold tax avoidance schemes to U.K. residents. HMRC believes the tax liability of these residents is in excess of £1 billion. It further believes Walker used these same schemes to avoid paying tax on the significant fees he earned from their sales.

6.     HMRC has stated that Walker has been uncooperative with HMRC's inquiries and has attempted to frustrate its investigation. On July 22, 2013, he sold BWLLP, including the business's historic clients, office papers, and electronic records, to Hawk Consultancy, LLC, a United States limited liability corporation. HMRC learned that Saeedeh Mirshahi ("Mirshahi") is the sole director and shareholder of Hawk Consultancy, LLC. Despite BWLLP's profits, HMRC has stated that it is not aware of any consideration paid by Mirshahi to Walker for these business assets. On the contrary, HMRC has evidence that entities linked to Walker made

2

significant payments to Mirshahi between April 2007 and April 2013. HMRC seeks assistance in gathering records related to the sale of BWLLP to Hawk Consultancy, LLC and Walker's payments to Mirshahi.

7.    In addition to Walker's sale of his business assets to Hawk Consultancy, LLC and payments to Mirshahi, HMRC seeks information related to Walker's dealings with Mirshahi and Hawk Consultancy, LLC, including:

    a. Baxendale Walker Renumeration Trust: After Walker and BWLLP contributed £51 million to this trust, he delegated management power to Hawk Consultancy, LLC to manage the trust assets. Mirshahi subsequently revised the trust accounts, reducing contributions and turnover, potentially in attempt to frustrate HMRC's investigation.

    b. Minerva Services Ltd.: Walker identified Minerva Services Ltd. as holding the intellectual property and ownership of his tax avoidance schemes. HMRC has evidence that Mirshahi is the entity's beneficial owner.

    c. Real property purchases: On March 9, 2018, Walker purchased 8 Mitre Close Swadlington, Derbyshire on behalf of Hawk Recovery Ltd., a U.K. resident company owned by Mirshahi, with funds contributed by her.

    d. Hawk Recovery LLC: Hawk Recovery, LLC and Hawk Consultancy, LLC were awarded judgments of $34,090,826 and $100,000,000, respectfully, in Walker's bankruptcy proceedings as his alleged creditors.

8.    HMRC requests documents and information in Mirshahi and Hawk Consultancy, LLC's possession relating to HMRC's areas of inquiry. The EOI Request seeks items in Mirshahi's possession such as:

3

documentation underlying her submission of revised trust accounts, bank details and account statements, and information verifying her connection to the other Hawk entities, Hawk Recovery, LLC and Hawk Recovery Ltd. HMRC also seeks items in Hawk Consultancy, LLC's possession, such as: BWLLP's historic clients, office papers, records, and accounts, formal Baxendale Walker Renumeration Trust documents, and documentation of service fees and loans made in relation to the trust.

9.   The EOI Request states that it is in conformity with the laws and administrative practices of the United Kingdom.

10.   The EOI Request states that HMRC has exhausted all means available in the United Kingdom to obtain the information requested.

11.   Following the receipt of the EOI Request, the IRS assigned it to the Joint International Taskforce on Shared Intelligence and Collaboration ("JITSIC"). Senior Revenue Agent and JITSIC Specialist Christine Lam issued the summonses requesting the information and documents described in the EOI Request.

12.   The purpose of the summonses is to gather information and documents on behalf of HMRC's investigation of Walker and provide the collected information to HMRC pursuant to the MAAC.

13.   I reviewed the EOI Request, and my office recently confirmed with the U.K. Competent Authority its need for the requested information.

14.   Based upon available information, including information furnished by HMRC, there is a reasonable basis to believe that the information requested in the summonses is relevant to HMRC's determination of Walker's proper United Kingdom income tax liability.

15.   Based on my review of the EOI Request, I have determined that it is a proper request within the MAAC.

4

16.    I have further determined that it is appropriate for the United States to honor the EOI Request and thereby lend assistance and support HMRC, as contemplated by the MAAC, by exercising its tax-related information-gathering authority and issuing the summonses at issue in this proceeding.

17.    Article 22 of the MAAC provides that information exchanged under the MAAC "shall be treated as secret" and shall "be disclosed only to persons or authorities (including courts and administrative or supervisory bodies) involved in the assessment, collection or recovery of, the enforcement or prosecution in respect of, or the determination of appeals in relation to, taxes of that Party."

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C.

Dated: __October 1, 2021__

Deborah Palacheck

_____

Deborah Palacheck
Director, Withholding Exchange & International
Individual Compliance
Large Business and International Division
Internal Revenue Service