```
                UNITED STATES DISTRICT COURT

               CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION

                         - - -

   THE HONORABLE PERCY ANDERSON, JUDGE PRESIDING


   UNITED STATES OF AMERICA,  ) CERTIFIED TRANSCRIPT
                  Petitioner,)
       vs.                   ) 2:21-cv-21-07841-PA
                             )
   HAWK CONSULTANCY, LLC,    )
                  Respondent.)
   --------------------------)
   UNITED STATES OF AMERICA, )
                  Petitioner,)
       vs.                   ) 2:21-cv-21-07843-PA
   SAEEDEH MIRSHAHI,         )
                  Respondent.)
   --------------------------)


      REPORTER'S TRANSCRIPT OF PROCEEDINGS

              Los Angeles, California

                November 22, 2021


              SHARON A. SEFFENS, RPR
              United States Courthouse
              411 West 4th Street, Suite 1-053
              Santa Ana, CA  92701
              (612) 804-8655
```

```
 1   APPEARANCES OF COUNSEL:

 2   For the Petitioner:

 3   TRACY L. WILKISON
     United States Attorney
 4   THOMAS D. COKER
     Assistant United States Attorney
 5   Chief, Tax Division
     GAVIN L. GREENE
 6   Assistant United States Attorney
     Federal Building, Suite 7211
 7   300 North Los Angeles
     Los Angeles, CA   90012
 8   (213) 894-4600

 9   For Respondents HAWK CONSULTANCY, LLC; and SAEEDEH MIRSHAHI:

10   EDWARD M. ROBBINS, JR.
     HOCHMAN SALKIN TOSCHER PEREZ, PC
11   9100 Wilshire Boulevard, Suite 900W
     Beverly Hills, CA   90212-3414
12   (310) 281-3247

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|       |    |                                                                           |
|-------|----|---------------------------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA; MONDAY, NOVEMBER 22, 2021; 3:01 P.M.               |
|       | 2  | (The following proceedings were                                           |
|       | 3  | held via videoconference:)                                                |
|       | 4  | THE COURT:  Good afternoon.                                               |
| 03:01 | 5  | I'm going to ask the clerk to take the appearances                        |
| 03:01 | 6  | of counsel.                                                               |
| 03:01 | 7  | THE CLERK:  Calling CV-21-07843, United States                            |
| 03:01 | 8  | versus Hawk Consultancy, LLC, and CV-21-07841, United States              |
| 03:02 | 9  | of America versus Saeedeh Mirshahi.                                       |
| 03:02 | 10 | Counsel, please state your appearances starting                           |
| 03:02 | 11 | with the plaintiff.                                                       |
| 03:02 | 12 | MR. GREENE:  Good afternoon, Your Honor.  Gavin                           |
| 03:02 | 13 | Greene, Assistant United States Attorney, on behalf of the                |
| 03:02 | 14 | United States and its agency, the Internal Revenue Service.               |
| 03:02 | 15 | THE COURT:  Good afternoon.                                               |
| 03:02 | 16 | MR. ROBBINS:  Good afternoon, Your Honor.  Edward                         |
| 03:02 | 17 | Robbins.  I'm the lawyer for Hawk Consultancy and Saeedeh                 |
| 03:02 | 18 | Mirshahi.  They are the respondents in this case.                         |
| 03:02 | 19 | THE COURT:  Good afternoon.                                               |
| 03:02 | 20 | I want to remind everyone that recording, copying,                        |
| 03:02 | 21 | photographing, and rebroadcasting of court proceedings is                 |
| 03:02 | 22 | prohibited by federal law.  And a violation of this                       |
| 03:02 | 23 | prohibition may result in the imposition of sanctions,                    |
| 03:02 | 24 | including suspension of your license to practice before this              |
| 03:02 | 25 | Court, referral to the State Bar, denial of your right to                 |

```
03:02    1   appear at future proceedings, criminal prosecution,
03:02    2   contempt, and any other sanctions deemed necessary by the
03:02    3   Court.
03:03    4          Please mute your device when you're not speaking.
03:03    5          I have reviewed the documents filed in support of
03:03    6   the enforcement of the IRS summons, and I have reviewed the
03:03    7   opposition.
03:03    8          Mr. Robbins, do you care to be heard?
03:03    9          MR. ROBBINS:  Yes.  If I could have about five
03:03   10   minutes, Your Honor.
03:03   11          THE COURT:  That's five minutes too long, but go
03:03   12   ahead.
03:03   13          MR. ROBBINS:  Well, I understand the Court's view,
03:03   14   and I can tell the Court that the analysis -- my initial
03:03   15   analysis of this was that the -- now, the requirements are
03:03   16   obviously satisfied.  The government acts in good faith.
03:03   17   There is nothing unusual about the document request.  So we
03:03   18   were concerned when we learned that Baxendale had been
03:03   19   discharged in bankruptcy and thought that that might be --
03:04   20   and we just got that information relatively recent to the
03:04   21   filing of the case.  We thought that that bit of information
03:04   22   might be something that the HMRC people would address,
03:04   23   because it not --
03:04   24          So this is no good, and if I -- I mean, given the
03:04   25   theory, Your Honor, if I might, there's no question there's
```

```
03:04   1    good faith by the IRS, right, the federal government.  If,
03:04   2    however, the IRS learns that the HMRC application is
03:04   3    unlawful, well, then if they continue to go forward --
03:04   4             THE COURT:  Okay, but we know it's not unlawful,
03:04   5    and we know --
03:04   6             MR. ROBBINS:  I'm not sure about that as of this
03:04   7    morning.
03:04   8             THE COURT:  Well, I guess I am.  I mean, I'm -- if
03:05   9    you've got something that says it's unlawful, let's get to
03:05  10    it because everything that's been filed in front of me,
03:05  11    including your expert so-called opinion, is irrelevant.
03:05  12             MR. ROBBINS:  Well, if we can all agree that the
03:05  13    application is predicated on an investigation of
03:05  14    Mr. Baxendale-Walker's personal income tax liabilities for
03:05  15    2007 to 2018 -- that's the government's --
03:05  16             THE COURT:  What you need to tell me, and the only
03:05  17    thing that really matters, is whether or not the government
03:05  18    has satisfied the requirements set forth in Powell.
03:05  19             MR. ROBBINS:  As of now, yes.
03:05  20             THE COURT:  If they've done that, that's all --
03:05  21    that's all that's before me right now.  If you've got
03:05  22    something else, you need to go back to London or wherever
03:05  23    and raise it.
03:05  24             MR. ROBBINS:  Well, we will have something I
03:05  25    believe within ten days or so.  The information from --
```

```
03:06   1               THE COURT:  Well, that's going to be a little late
03:06   2   because your client's going to be ordered to comply with
03:06   3   this subpoena, and if he doesn't, he's going to be back in
03:06   4   here and the stakes are going to be considerably raised
03:06   5   because he's going to be in contempt of a Court order.
03:06   6               MR. ROBBINS:  I understand that, Your Honor.
03:06   7               THE COURT:  Okay.
03:06   8               MR. ROBBINS:  But I suggest to the Court that if
03:06   9   circumstances change as to the government's good faith that
03:06  10   that order will need to be revisited.
03:06  11               THE COURT:  Well, sir, if and when that happens,
03:06  12   that's fine.  But right now the only thing that's before me
03:06  13   is that the IRS has satisfied the requirements set forth in
03:06  14   Powell, and it is entitled to enforcement of its summons.
03:06  15               MR. ROBBINS:  Correct.
03:06  16               THE COURT:  I mean --
03:06  17               MR. ROBBINS:  I don't disagree with that.
03:06  18               THE COURT:  -- to the extent that there is a
03:06  19   question about the status of the investigation, the
03:06  20   government has confirmed that its investigation is ongoing,
03:06  21   and there is an ongoing need for the information requested
03:07  22   in the summons issued to the respondents.  And the opinion
03:07  23   of your expert is irrelevant and speculative.  He himself
03:07  24   admits he can't determine whether any exceptions apply in
03:07  25   this case.
```

```
03:07   1            Furthermore, the IRS need not establish the good
03:07   2   faith of the United Kingdom.  And your argument about the
03:07   3   investigation is wrong, flat out wrong.  Respondents'
03:07   4   suggestion that that bankruptcy somehow undermines the
03:07   5   legitimate purposes of the summons is irrelevant and
03:07   6   speculative, and the respondents are ordered to comply with
03:07   7   that summons.
03:07   8            Now, when are they going to be in a position to
03:07   9   comply -- when does the IRS want compliance with the
03:07  10   summons?
03:07  11            MR. GREENE:  Your Honor, this is Gavin Greene with
03:08  12   the United States.
03:08  13            The Internal Revenue Service would request that
03:08  14   the documents be produced on Tuesday, December 14, at 10:00
03:08  15   a.m. to Revenue Officer Christine Lam at the address on the
03:08  16   summons.
03:08  17            THE COURT:  Is there some reason that the
03:08  18   respondents can't comply by December 13th?
03:08  19            MR. GREENE:  14th, Your Honor.  I requested
03:08  20   Tuesday, the 14th.
03:08  21            THE COURT:  I'm sorry, Tuesday, the 14th.
03:08  22            Mr. Robbins.
03:08  23            MR. ROBBINS:  I'd have to consult with my clients.
03:08  24   The volume of the documents is substantial, but surely
03:08  25   they'll be able to come up with documents by that time --
```

```
03:08    1   some documents anyway.
03:09    2          THE COURT:  I'm going to ask the government to
03:09    3   provide me with a proposed order, and I'll sign that.  The
03:09    4   respondents are ordered to comply with the IRS summons by
03:09    5   December 14th.
03:09    6          I'm sorry.  What time was that?  11:00 a.m.?
03:09    7          MR. GREENE:  10:00 a.m., Your Honor.
03:09    8          THE COURT:  10:00 a.m. on the date and time set
03:09    9   forth in the summons.  Any failure by the respondents to
03:09   10   comply with that summons by that date will subject them to
03:09   11   possible contempt proceedings.
03:09   12          All right, I understand that your client has
03:10   13   joined.  I think he is listening to this proceeding.  I'm
03:10   14   going to have him join us so that he understands exactly
03:10   15   what he's supposed to do.
03:10   16          MR. ROBBINS:  I need to -- Your Honor, excuse me,
03:10   17   it's a woman.
03:10   18          THE COURT:  Okay.  That's fine.  Let's -- I'm
03:10   19   going to ask the clerk to have her join us.
03:10   20          MS. MIRSHAHI:  Good afternoon, Your Honor.
03:10   21          THE COURT:  Good afternoon.
03:10   22          Can you announce your appearance for the record?
03:11   23   Your name, please?
03:11   24          MS. MIRSHAHI:  Yes.  My name is Saeedeh Mirshahi.
03:11   25   I apologize.  I'm driving, so I'm -- it's -- I was just
```

```
03:11   1    listening in.
03:11   2                THE COURT:  Okay.  Well, the Court has ordered
03:11   3    that you are to comply with that summons by December 14th at
03:11   4    10:00 a.m.  In other words, you need to produce those
03:11   5    documents and whatever testimony the government might want.
03:11   6    So do you understand?
03:11   7                MS. MIRSHAHI:  I do.  I would respectfully ask for
03:11   8    more time if possible.
03:11   9                THE COURT:  Well, you can talk with the -- you and
03:11  10    your lawyer can talk with the IRS and see if they want to
03:11  11    work something out.  But absent something being worked out
03:11  12    with the IRS, you need to supply those documents and appear
03:11  13    at the date and time on that summons, which I understand is
03:11  14    December 14th at 10:00 a.m.  If you fail to comply, that
03:12  15    could subject you to possible contempt proceedings.  Do you
03:12  16    understand?
03:12  17                MS. MIRSHAHI:  Yes, Your Honor.  Yes, I do.  Thank
03:12  18    you.
03:12  19                THE COURT:  All right.  Thank you.
03:12  20                So, Mr. Robbins, if you need to work something
03:12  21    out, why don't you get together with Mr. Greene if you're
03:12  22    going to need some additional time.
03:12  23                MR. ROBBINS:  Yes, Your Honor.
03:12  24                THE COURT:  Okay, is there anything else that we
03:12  25    need to take up this afternoon?  I'm going to ask the
```

```
03:12   1    government to prepare a proposed order and to submit that.
03:12   2            MR. GREENE:  We'll prepare a proposed order and
03:12   3    submit it to the Court, Your Honor.
03:12   4            THE COURT:  All right.  And make sure Mr. Robbins
03:12   5    gets a copy.
03:12   6            MR. GREENE:  Yes, Your Honor.
03:12   7            THE COURT:  All right, is there anything else?
03:12   8            MR. ROBBINS:  Nothing from the respondents, Your
03:12   9    Honor.
03:12   10           MR. GREENE:  Nothing from the government either.
03:12   11           THE COURT:  All right.  Thank you very much.
03:12   12   We're adjourned.
03:12   13           MR. ROBBINS:  Thank you, Your Honor.
03:12   14           MR. GREENE:  Thank you.
03:12   15           (Whereupon, the proceedings were concluded.)
03:12   16                          *    *    *
03:12   17
03:12   18
03:12   19
03:12   20
03:12   21
03:12   22
03:12   23
03:12   24
03:13   25
```

## CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  November 24, 2021


/s/   Sharon A. Seffens   11/24/21
_____
SHARON A. SEFFENS, U.S. COURT REPORTER