TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 2:21-cv-07841-PA-JC |
| Petitioner, | Status Report |
| v. | |
| Saeedeh Mirshahi, | |
| Respondent. | |

    On October 1, 2021, the United States filed a Petition to Enforce Internal Revenue Service Summons (Petition). ECF document number 1. On November 22, 2021, the Court held a hearing via Zoom and ordered Respondent to comply with the summons, ECF document number 12, and entered its Order Enforcing Summons which required Respondent to appear before the Internal Revenue Service on December 14, 2021 at 10:00 a.m. to provide testimony and produce books, records, papers and other data as demanded in the IRS summons. ECF document number 13.

    On December 14, 2021, Respondent appeared before Revenue Officer Christine Lam. Respondent provided testimony and produced documents.

1

1  United States has determined that no additional action is necessary in this
2  case, and that the case may be closed by the Court.

                                          Respectfully submitted,

                                          TRACY L. WILKISON
                                          United States Attorney
                                          THOMAS D. COKER
                                          Assistant United States Attorney
                                          Chief, Tax Division

Dated: April 1, 2022                    /s/
                                          GAVIN GREENE
                                          Assistant United States Attorney
                                          Attorneys for the United States of America